### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                          Criminal No. 04-cr-175-01-SM

<u>Corina Barcus</u>

### **O R D E R**

On November 7, 2008, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on five alleged violations of conditions of supervision.  She waived her right to a preliminary hearing.  I therefore find probable cause to hold her for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6). Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that she will not flee and that she poses no danger to any other person or to the community. Given the many opportunities given to her and the number of drug-related violations, I find she is a danger to herself and the community and is not likely to abide by any set of conditions.

Accordingly, it is <u>ORDERED</u> that the defendant be detained pending the revocation hearing.

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a

corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 7, 2008

cc:   Jeffrey S. Levin, Esq.
      Robert J. Veiga, Esq.
      U.S. Marshal
      U.S. Probation